1  Michael G. Marderosian, No. 077296 (mick@mcc-legal.com)
   Heather S. Cohen, No. 263093 (heather@mcc-legal.com)
2  MARDEROSIAN & COHEN
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone:  (559) 441-7991
4  Facsimile: (559) 441-8170

5  Virginia Gennaro, No. 138877
   City Attorney
6  CITY OF BAKERSFIELD
   1501 Truxtun Avenue
7  Bakersfield, CA  93301
   Telephone:  (661) 326-3721
8  Facsimile:  (661) 852-2020

9  Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE OFFICER
                  RICHARD BITTLESTON (sued herein as R.  BITTLESTON), BAKERSFIELD
10                POLICE OFFICER JUSTIN ENNS (sued herein as J.  ENNS), BAKERSFIELD
                  POLICE OFFICER CHAD OTT (sued herein as C.  OTT) and BAKERSFIELD
11                POLICE OFFICER ADAM GARCIA (sued herein as A.  GARCIA)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT / FRESNO DIVISION

| MICHAEL WILSON, | Case No. |
|---|---|
| Plaintiff, | **DEMAND FOR JURY TRIAL BY DEFENDANTS** |
| v. | |
| CITY OF BAKERSFIELD, BAKERSFIELD POLICE OFFICER R.  BITTLESTON (#965); BAKERSFIELD POLICE OFFICER J.  ENNS (#1008); BAKERSFIELD POLICE OFFICER C.  OTT (#1195); BAKERSFIELD POLICE OFFICER A.  GARCIA (#1183); and DOES 1 to 15, inclusive, | |
| Defendants. | |

TO THE UNITED STATES DISTRICT COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

///

///

///

1   PLEASE TAKE NOTICE THAT Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE OFFICER RICHARD BITTLESTON, BAKERSFIELD POLICE OFFICER JUSTIN ENNS, BAKERSFIELD POLICE OFFICER CHAD OTT, and BAKERSFIELD POLICE OFFICER ADAM GARCIA hereby demand a trial by jury in this action.

Dated: May 24, 2016                           MARDEROSIAN & COHEN

                                              */s/ Michael G. Marderosian*

                                              By:_____
                                                    Michael G. Marderosian
                                                    Attorney for Defendants above-named.