1  Michael G. Marderosian, No. 077296 (mick@mcc-legal.com)
   Heather S. Cohen, No. 263093 (heather@mcc-legal.com)
2  MARDEROSIAN & COHEN
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone:  (559) 441-7991
4  Facsimile: (559) 441-8170

5  Virginia Gennaro, No. 138877
   City Attorney
6  CITY OF BAKERSFIELD
   1501 Truxtun Avenue
7  Bakersfield, CA  93301
   Telephone:  (661) 326-3721
8  Facsimile:  (661) 852-2020

9  Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE OFFICER
                  RICHARD BITTLESTON (sued herein as R.  BITTLESTON), BAKERSFIELD
10                POLICE OFFICER JUSTIN ENNS (sued herein as J.  ENNS), BAKERSFIELD
                  POLICE OFFICER CHAD OTT (sued herein as C.  OTT) and BAKERSFIELD
11                POLICE OFFICER ADAM GARCIA (sued herein as A.  GARCIA)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT / FRESNO DIVISION

| | |
|---|---|
| MICHAEL WILSON, | Case No. |
| Plaintiff, | **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT** |
| v. | |
| CITY OF BAKERSFIELD, BAKERSFIELD POLICE OFFICER R.  BITTLESTON (#965); BAKERSFIELD POLICE OFFICER J.  ENNS (#1008); BAKERSFIELD POLICE OFFICER C.  OTT (#1195); BAKERSFIELD POLICE OFFICER A.  GARCIA (#1183); and DOES 1 to 15, inclusive, | |
| Defendants. | |

I, Kate Holly, do hereby declare:

1. I am a citizen of the United States, over 18 years of age and not a party to the within action.  I am employed in the County of Fresno; my business address is 1260 Fulton Mall, Fresno, CA 93721.

///

   2. On May 24, 2016, I served the within:

- **CIVIL COVER SHEET;**
- **NOTICE OF REMOVAL OF CASE TO FEDERAL COURT BY DEFENDANTS**
- **DEMAND FOR JURY TRIAL**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

Frederick C. Kumpel
P.O. Box 2659
Bakersfield, CA 93303
Telephone: (661) 599-9078
Email: fredkumpel@sbcglobal.net

| | | |
|---|---|---|
| X | Placed for Mailing: | I am readily familiar with the practice for collection and processing of correspondence for mailing with the United States Postal Service of the firm. The practice is to deposit correspondence with the United States Postal Service the same day it is placed for mailing in the ordinary course of business. I placed the envelope(s), with postage prepaid, [__ marked Express Mail] for collection and processing for mailing following said practice. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | Personally Mailed: | I deposited the envelope(s), with postage prepaid, [__ marked Express Mail] with the United States Postal Service. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | Personal Service: | I delivered said envelope(s) by hand to the address(es) listed above. (Code Civ. Proc., § 1011.) |
| __ | Facsimile: | I served said document via facsimile transmission to the number(s) listed above. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | State: | I declare under penalty of perjury under the laws of the State of California that the foregoing is true & correct. |
| X | Federal: | I declare that I am employed in the office of a member of the bar of this court at whose direction service was made. |

  Executed on May 24, 2016, at Fresno, California.

           /s/ Kate Holly
           KATE HOLLY

MARDEROSIAN & COHEN
1260 FULTON MALL
FRESNO, CA 93721

2