# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-CV-00720 JLT<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |

After reviewing the parties' mid-discovery status conference, the Court ordered counsel to confer as to whether they wished to be referred to the VDRP or would like an early settlement conference and to file a joint report detailing the result of this conference.  (Doc. 15)  The Court required the report to be filed by January 27, 2017. Id.  This did not occur.  Thus, the Court **ORDERS**:

　　1.　　No later than **February 17, 2017**, counsel SHALL show cause why sanctions should not be imposed for their failure to comply with the Court's order;

　　2.　　Alternatively, they may file their joint report by February 17, 2017.

IT IS SO ORDERED.

　　Dated:　**February 9, 2017**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE