# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:16-CV-00720 JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Doc. 16) |

Counsel have filed their joint report. (Doc. 17) The report demonstrates that the matter is not is a settlement posture. (Doc. 17) Therefore, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

　Dated: **February 15, 2017**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE