Michael G. Marderosian, No. 077296 (mick@mcc-legal.com)
Heather S. Cohen, No. 263093 (heather@mcc-legal.com)
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE OFFICER RICHARD BITTLESTON (sued herein as R. BITTLESTON), BAKERSFIELD POLICE OFFICER JUSTIN ENNS (sued herein as J. ENNS), BAKERSFIELD POLICE OFFICER CHAD OTT (sued herein as C. OTT) and BAKERSFIELD POLICE OFFICER ADAM GARCIA (sued herein as A. GARCIA)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| MICHAEL WILSON, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BAKERSFIELD, BAKERSFIELD POLICE OFFICER R. BITTLESTON (#965); BAKERSFIELD POLICE OFFICER J. ENNS (#1008); BAKERSFIELD POLICE OFFICER C. OTT (#1195); BAKERSFIELD POLICE OFFICER A. GARCIA (#1183); and DOES 1 to 15, inclusive, <br><br> Defendants. | Case No. 1:16-CV-00720-JLT <br><br> **DECLARATION OF ADAM GARCIA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br><br> DATE: November 27, 2017 <br> TIME: 9 a.m. <br> LOCATION: <br> 510 19th Street, Bakersfield, CA <br> JUDGE: Hon. Jennifer L. Thurston <br><br> *Complaint Filed: March 11, 2016* <br> *Trial Date: March 27, 2018* |

I, Adam Garcia, declare as follows:

1. I am an officer with the Bakersfield Police Department.

///

///

2. On Monday, April 6, 2015 at approximately 8:02 a.m., I and Officers Richard Bittleston, Justin Enns, and Chad Ott responded to a report of a possible DUI driver who had been driving erratically, driving on sidewalks, across lanes, and ultimately crashed into a dirt field.

3. I was the first to arrive on the scene. I arrived at approximately 8:05 a.m.

4. I noticed a White Ford Bronco in the dirt with the tires spinning. The driver was still in the vehicle and I attempted to ascertain if he was okay.

5. The driver of the vehicle, later identified as Plaintiff Michael Wilson, began speaking to me. I noticed that the vehicle was still running and due to officer and public safety issues, I instructed Mr. Wilson to turn the car off. Mr. Wilson replied "No. I just want to go home." I asked Mr. Wilson a second time to turn the car off. I said "Sir, I'm Officer Garcia with the Bakersfield Police Department and you need to turn off your vehicle now." Mr. Wilson replied "No. I'm not turning my car off. I'm going home."

6. Mr. Wilson then shifted his vehicle into drive and pressed down on the gas pedal attempting to flee.

7. I was fearful for my life because I could have easily been run over by Mr. Wilson.

8. I told Mr. Wilson "Stop your vehicle now" and at the same time, I grabbed Mr. Wilson's left arm and pulled it out of the driver side window and applied an arm-bar, to gain compliance.

9. Mr. Wilson removed his foot from the gas pedal; however, he refused to put the vehicle in park.

10. It was around this time that additional officers arrived on the scene to assist me.

11. Officer Bittleston arrived and approached the driver's side window.

12. Mr. Wilson's other arm was still loose and neither he or his vehicle had not been searched for weapons.

13. Officer Bittleston proceeded to grab the back of Mr. Wilson's sweater and I and Officer Bittleston attempted to remove Mr. Wilson out of the driver's side window because we were unable to open the locked driver door. However, we were unable to do so.

///

14. Officer Ott broke the passenger side window and gained entry into the vehicle from the passenger side. Officer Ott unlocked Mr. Wilson's seatbelt which freed him; however, Officer Ott was not able to access Mr. Wilson's door to unlock it.

15. Mr. Wilson continued to actively resist us.

16. At that time, Officer Enns arrived on the scene and assisted me and Officer Bittleston on the driver side window.

17. Officer Enns used a bladed hand to redirect Mr. Wilson's head in the other direction in order to avoid injury as Mr. Wilson was violently thrashing his whole body around.

18. We were finally able to remove Mr. Wilson from the vehicle through the window (because the driver's side door remained locked) and guided him to the ground next to his vehicle.

19. Mr. Wilson continued to resist us by attempting to push himself up off the ground and kicking his legs back and forth as they attempted to regain control of him.

20. I and the other Officers told Mr. Wilson several times to put his right hand behind his back; however, he repeatedly refused.

21. Officer Enns and Officer Ott were able to gain control of Mr. Wilson's right arm and I proceeded to place Mr. Wilson in handcuffs.

22. I did not know that Mr. Wilson was a diabetic or was experiencing any sort of medical condition until Mr. Wilson disclosed his condition to Officer Enns.

23. Officer Enns then requested an ambulance for Mr. Wilson and Mr. Wilson was transported by Hall Ambulance to San Joaquin Community Hospital.

24. Based on the totality of circumstances, we did not seek criminal charges against Mr. Wilson. I nor any of the other Officers hit or punched Mr. Wilson. I nor any of the Officers struck Mr. Wilson with a baton or other weapon. Neither I nor any of the other Officers used pepper spray on Mr. Wilson or tased Mr. Wilson. I nor any of the other Officers used any kind of fire arm against Mr. Wilson.

25. A facsimile transmittal or email transmission of my signature below shall have the same effect as if I had affixed the original.

///

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct.  Executed on July 11, 2017, at Bakersfield, California.

*/s/ Adam Garcia*

_____
ADAM GARCIA